# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 30, 2009

Charles R. Fulbruge III
Clerk

No. 09-50494
Summary Calendar

BRANDY BRIGGS,

Plaintiff-Appellant

v.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas

Docket Number 1:08-CV-220

Before. JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Brandy Briggs appeals from the judgment of the district court that affirmed the ruling of Defendant-Appellee Michael J. Astrue ("the Commissioner") denying benefits to Briggs. As the parties dispensed with oral argument, we decide this appeal on the basis of the briefs and record. Our review of the record on appeal, including the Report and Recommendations of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the magistrate judge on which the district court relied extensively, and the law as applicable to the facts presented, satisfies us that the district court ruled correctly in disposing of this case. For essentially the reasons set forth by the magistrate judge, the judgment of the district court is, in all respects, AFFIRMED.